# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 15, 2021

## NO. 03-20-00129-CV

**Qatar Foundation for Education, Science and Community Development and Ken Paxton, Texas Attorney General, Appellants**

**v.**

**Zachor Legal Institute, Appellee**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
## REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order sustaining the plea to the jurisdiction signed by the district court on January 21, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, based on the Court's conclusion that the Texas Public Information Act waives sovereign immunity for Qatar Foundation's suit, the Court reverses the district court's order and remands the case for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.